# United States Court of Appeals for the Federal Circuit

---

October 15, 2010

## ERRATA

---

Appeal No. 2009-1492

**GILDA INDUSTRIES, INC.,**

**and**

**NESTLE WATERS NORTH AMERICA, INC.,**

**v.**

**UNITED STATES,**

Decided:  October 13, 2010
Precedential Opinion

---

Please make the following change:

Page 15, line 2, change "(2008)" to --(Fed. Cir. 2008)--.